No. 745. EL PUEBLO, DEMANDANTE Y APELADO, *v.* VÉLEZ, ACUSADO Y APELANTE.—Apelación procedente de la Corte de Distrito de Mayagüez en causa por portar armas prohibidas. Resuelto en diciembre 17, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.* El acusado no compareció.

---

No. 1252. ROSSY, DEMANDANTE Y APELADO, *v.* FERNÁNDEZ, DEMANDADA Y APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre cobro de honorarios. Moción de la parte apelada para que se desestime la apelación por no haberse radicado la transcripción de autos. Resuelto en diciembre 18, 1914. Desestimada la apelación. El apelado compareció en nombre propio. Abogado de la parte apelante: *Sr. Luis Samalea Iglesias.*